## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 694 - 1 | **DATE** | 10/25/2007 |
| **CASE TITLE** | USA vs. Artur Flasz | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 10/25/07. The defendant is informed of his rights. Enter order appointing Matthew Madden as counsel for defendant. Detention hearing and Preliminary examination set for 10/30/07 at 10:00 a.m. The defendant is ordered detained until further order of Court.

Docketing to mail notices.

00:08;nfpc

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|