Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 694 - 1 | **DATE** | 10/30/2007 |
| **CASE TITLE** | | USA vs. Artur Flasz | |

**DOCKET ENTRY TEXT**

Matthew Madden is granted leave to withdraw his appearance as counsel for defendant and Mr. George Becker is granted leave to file his appearance as retained counsel on Defendant's behalf. Detention hearing and Preliminary examination is reset to 11/5/07 at 12:00 p.m. The defendant is ordered detained until further order of Court.

Docketing to mail notices.

00:08;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|