Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 694 - 1 | **DATE** | 11/5/07 |
| **CASE TITLE** | USA vs. Artur Flasz | | |

**DOCKET ENTRY TEXT**

The Defendant waives his right to Preliminary examination, Enter a Finding of Probable Cause. The Defendant is ordered Bound to the District Court for further proceedings. The Defendant waives his right to a detention hearing without prejudice to his right to address the issue of bond at a later time. The defendant is ordered detained until further order of Court. *AK*

Docketing to mail notices.

00:08;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|