## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 694 - 1 | **DATE** | 11/16/2007 |
| **CASE TITLE** |  | USA vs. Artur Flasz | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for an extension of time within which to seek an indictment is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendant si extended until 12/24/2007.
X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|