UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 694-1 |
| vs. | ) | |
| | ) | Chief Judge James F. Holderman |
| ARTUR FLASZ | ) | |

## ORDER

On consideration of the Government's Unopposed Motion for an Extension of Time Within Which to Seek an Indictment, and the government's separate Attachment filed under seal, the Court hereby FINDS that the ends of justice served by the requested extension of time outweigh the best interests of the public and the defendant in a speedy trial for the following reasons:

1. Due to the nature and complexity of the prosecution, it is unreasonable to expect return and filing of the indictment, and to expect adequate preparation for pretrial proceedings or for the trial itself, within the time limits established by the Speedy Trial Act, 18 U.S.C. § 3161(b); and

2. The failure to grant such a continuance would deny the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the Court hereby grants the government's motion and ORDERS that the deadline by which an indictment must be filed shall be extended up to December 24, 2007. Time is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

*James F. Holderman*
JAMES F. HOLDERMAN
Chief Judge
United States District Court

Date: __November 16, 2007__