## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 694 - 1 | **DATE** | 12/27/2007 |
| **CASE TITLE** | United States of America vs. Artur Flaz | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts in the indictment to which he is named. Defendant informed of rights. Defendant waives formal reading of indictment. Rule 16.1 (a) conference to be held by 1/3/08. Motions are to be filed by 1/10/08. Response to pretrial motions by 1/17/08. Status hearing before Judge Guzman is set for 1/22/08 at 10:30 a.m. Time is excluded from 12/27/07 to 1/22/08 pursuant to 18 U.S.C. section 3161 (h)(1)(F), (X-E).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | mm |
|---|---|---|