UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 694-1 |
| vs. ) | |
| ) | Judge Ronald A. Guzman |
| ARTUR FLASZ ) | |

### MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS

Now come Defendant, ARTUR FLASZ, by his attorney THOMAS J. RUBBONE and moves this Court to extend the period of time within which to file pretrial motions. In support of this motion the Movant states:

1. On January 3, 2008 the government tendered to defense counsel two boxes of discovery which included twelve hundred pages of discovery and 55 computer discs of recorded telephone conversations.

2. The computer discs contain conversations in Polish which are not supposed to be completed before January 31, 2008.

3. Defendant's pretrial motions were to be filed by January 10, 2008.

4. Counsel for Defendant needs an additional 60 days to review the discovery, obtain the English version of the transcripts and file motions.

Wherefore the Defendant, ARTUR FLASZ, prays that this Court grant him until March 10, 2008 to file pretrial motions.

Respectfully submitted,

/s/ Thomas J. Rubbone
Thomas J. Rubbone
53 W. Jackson Blvd – Suite 1750
Chicago, Illinois 60604
(312) 765-0700