## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT COURT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 694-1 |
| vs. ) | |
| ) | Judge Ronald A. Guzman |
| ARTUR FLASZ ) | |

### NOTICE OF MOTION

TO:   Brian R. Havey
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604

Notice is hereby given that on January 22, 2008, at 9:30 a.m. I will appear before the Honorable Judge Guzman in Room 1219 of the United States District Court for the Northern District of Illinois, and present the attached **Motion to Extend Time to File Pretrial Motions.**

### CERTIFICATE OF SERVICE

The undersigned certifies that he served a copy of the foregoing Notice and attachments on January 8, 2008 by electronically filing a copy to the above named persons.

Respectfully submitted,

      /s/ Thomas J. Rubbone
Thomas J. Rubbone
53 W. Jackson Blvd – Suite 1750
Chicago, Illinois 60604
(312) 765-0700