*07CR694*
*JUDGE RONALD GUZMAN*
*MAGISTRATE JUDGE KEYS*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

F I L E D
DEC 1 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐   YES ☑   If the answer is "Yes", list the case number and title of the earliest filed complaint:

   *United States v. Artur Flasz and Adam Bojda*, No. 07 CR 694

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☑   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☑   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☑   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☑   YES ☐

6) What level of offense is this indictment or information?   FELONY ☑   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☑   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☑   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .......... (II)           ☐ Income Tax Fraud ........ (II)        ☐ DAPCA Controlled Substances .. (III)
   ☐ Criminal Antitrust ...... (II)     ☐ Postal Fraud .......... (II)          ☐ Miscellaneous General Offenses .. (IV)
   ☐ Bank robbery ......... (II)        ☑ Other Fraud .......... (III)          ☐ Immigration Laws .......... (IV)
   ☐ Post Office Robbery .... (II)      ☐ Auto Theft .......... (IV)            ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Other Robbery ........ (II)        ☐ Transporting Forged Securities . (III) ☐ Food & Drug Laws .......... (IV)
   ☐ Assault .......... (III)           ☐ Forgery .......... (III)              ☐ Motor Carrier Act .......... (IV)
   ☐ Burglary .......... (IV)           ☐ Counterfeiting .......... (III)       ☐ Selective Service Act ....... (IV)
   ☐ Larceny and Theft ..... (IV)       ☐ Sex Offenses .......... (II)          ☐ Obscene Mail .......... (III)
   ☐ Postal Embezzlement .... (IV)      ☐ DAPCA Marijuana ........ (III)        ☐ Other Federal Statutes ....... (III)
   ☐ Other Embezzlement .... (III)      ☐ DAPCA Narcotics .......... (III)      ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.

18 U.S.C. §§ 1343, 1344

*Brian R. Havey*
Brian R. Havey
Assistant United States Attorney

(Revised 12/99)