UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 694 |
| | ) | |
| ARTUR FLASZ | ) | Judge Ronald A. Guzman |
| ADAM BOJDA | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                           Respectfully submitted,

                                           PATRICK J. FITZGERALD
                                           United States Attorney

                              By:    s/Brian P. Netols
                                           BRIAN P. NETOLS
                                           Assistant United States Attorney
                                           219 South Dearborn Street
                                           Chicago, Illinois 60604
                                           (312) 353-4128

**CERTIFICATE OF SERVICE**

  The undersigned Assistant United States Attorney hereby certifies that the following document:

*ATTORNEY DESIGNATION*

was served on April 11, 2008, in accordance with FED. R. CIV. P.5, LR 5.5, and the General Order of Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

        By: s/Brian P. Netols
           BRIAN P. NETOLS
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-4128