## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 694 - 1 | **DATE** | 6/12/08 |
| **CASE TITLE** | USA vs. Artur Flasz | | |

**DOCKET ENTRY TEXT**

Status hearing held.  Change of plea date reset to 7/1/08 at 10:30 a.m.  It is hereby ordered that Count 6 is dismissed on Government's oral motion.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CG |
|---|---|---|