## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 694 - 1 | **DATE** | 7/1/2008 |
| **CASE TITLE** | USA vs. FLASZ | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty to count 1 and enters plea of guilty to count 1. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set for 10/22/08 at 10:30 a.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CG |
|---|---|---|