## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 694 | **DATE** | 9/18/2008 |
| **CASE TITLE** | USA vs. FLASZ | | |

**DOCKET ENTRY TEXT**

Sentencing set for 10/24/08 is reset to 12/16/08 at 10:30 a.m. on request of parties.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|